1  [counsel listed on next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALENA GOINS, SONIA LOPEZ, TERRY A. JONES-JACKSON ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., RICARDO MORENO,<br><br>Defendants. | Case No. 4:21-cv-08722-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**<br><br>Judge     Hon. Phyllis J. Hamilton<br>Courtroom: 3 |

M. Alieu Iscandari, Esq. (SBN 184307)
izcan79@gmail.com
ISCANDARI LAW GROUP
303 Hegenberger Road, Suite 311
Oakland, CA 94621
Telephone: (510)-606-9062
Facsimile: (510)-722-2241

Tiega-Noel Varlack, Esq. (SBN 248203)
tiega@varlacklegal.com
VARLACK LEGAL SERVICES
225 W. Winton Avenue, Suite 207
Hayward, CA 94544
Telephone: (510)-397-2008
Facsimile: (510)-397-2997

Attorneys for Plaintiffs and Proposed Class,
GALENA GOINS, SONIA LOPEZ, and TERRY A. JONES-JACKSON

ELIZABETH A. BROWN (SB# 235429)
AMANDA BOLLIGER (SB# 250292)
TERESA W. GHALI (SB# 252961)lisabrown@gbgllp.com
amandabolliger@gbgllp.com
teresaghali@gbgllp.com
GBG LLP
601 Montgomery Street, Suite 1150
San Francisco, CA 94111
Telephone: (415) 603-5000
Facsimile: (415) 840-7210

Attorneys for
UNITED PARCEL SERVICE, INC.

By and through their respective attorneys of record, Plaintiffs Galena Goins, Sonia Lopez, and Terry A. Jones-Jackson ("Plaintiffs") and Defendant United Parcel Service, Inc. ("UPS") (collectively, the "Parties") herein stipulate and agree as follows:

WHEREAS, on November 9, 2021, Plaintiffs filed a class action complaint in this Court (Dkt. 1);

WHEREAS, on January 21, 2022, Plaintiffs served the class action complaint on UPS's registered agent for service of process (Dkt. 14);

WHEREAS, the deadline for UPS to respond to Plaintiffs' complaint is February 11, 2022;

WHEREAS, on February 1, 2022, the Court issued an Order Setting Case Management Conference (Dkt. 16), setting the initial case management conference in this matter for March 17, 2022;

WHEREAS, the Parties have agreed to participate in an early mediation;

WHEREAS, the Parties have preliminarily exchanged certain potential mediator names and are currently inquiring about their availability as well as considering additional mediators;

WHEREAS, to enable the parties to attend mediation, and in the interests of judicial economy, to avoid entering potentially inconsistent and unnecessary rulings, and to curtail potentially unnecessary expenditures of the Parties' time and resources to comply with or further litigate discovery, the Parties have agreed to stay responsive pleading, discovery and all other case deadlines as a potential resolution to allow the Parties to attend mediation and discuss settlement negotiations.

THEREFORE, THE PARTIES HEREBY STIPULATE, AND JOINTLY REQUEST THE COURT TO ORDER THAT:

1. Discovery and all case deadlines, including the responsive pleading deadline and the initial Case Management Conference (currently scheduled for March 17, 2022), are stayed until the Parties notify the Court, via stipulation, that the matter should be restored to the Court's active calendar;

2. Plaintiffs will serve the class action complaint on the individual defendant, Ricardo Morena, after mediation, if mediation is unsuccessful. Defense counsel, GBG LLP, will accept service if service becomes necessary. Mr. Morena will respond within 21 days of service;

3. The Parties will e-file a Joint Status Report on August 26, 2022, updating the Court on the Parties' mediation status and agreement to stay discovery and all case deadlines;

4. If mediation is unsuccessful and in the absence of any further extension, UPS will file and serve its responsive pleading no later than September 9, 2022, unless otherwise stipulated in writing between the Parties.

5. The Initial Case Management Conference will be continued by six months, to September 15, 2022.

IT IS SO STIPULATED.

DATED: 2-8-2022

ISCANDARI LAW GROUP
VARLACK LEGAL SERVICES

BY: _____

Attorneys for Plaintiffs and Proposed Class
GALENA GOINS, SONIA LOPEZ, and TERRY A. JONES-JACKSON

The undersigned attests that the signatory listed above concurs in the content of this document and has authorized its filing.

DATED: February 8, 2022

GBG LLP

BY: _____/s/ Elizabeth A. Brown_____
ELIZABETH A. BROWN

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: February 9, 2022 .

_____
HON. PHYLLIS J. HAMILTON
Judge, United States District Court

*It is so ordered. /s/ Judge Phyllis J. Hamilton*