UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALENA GOINS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED PARCEL SERVICE INC, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-08722-PJH<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION RE SUMMARY JUDGMENT PAGE LIMITS**<br><br>Re: Dkt. No. 57 |

　　　　Defendants have filed an administrative motion seeking "the election to file more than one motion for summary judgment or one consolidated brief that exceeds page limits." See Dkt. 57. Plaintiffs have filed an opposition to the motion. See Dkt. 58.

　　　　While the court DENIES defendants' request for an "election," it GRANTS the request for defendants to exceed page limits. Defendants' motion and plaintiffs' opposition brief shall be limited to forty (40) pages, and defendants' reply brief shall be limited to thirty (30) pages. Absent a stipulation from the parties, the briefs shall be filed in accordance with Civil Local Rule 7-3, with oppositions to be filed within 14 days of the motion, and the reply within seven days of the opposition.

　　　　**IT IS SO ORDERED.**

Dated: February 26, 2024

　　　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge