United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GALENA GOINS, et al.,

    Plaintiffs,

    v.

UNITED PARCEL SERVICE INC,

    Defendant.

Case No. 21-cv-08722-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted defendant's motion for summary judgment,

    it is Ordered and Adjudged

    that judgment is hereby entered in favor of defendant and against plaintiffs.

**IT IS SO ORDERED.**

Dated:  July 8, 2024

                            /s/ Phyllis J. Hamilton
                            PHYLLIS J. HAMILTON
                            United States District Judge