# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 4:21-CV-08722-PJH

Date case was first filed in U.S. District Court: 11/09/2021

Date of judgment or order you are appealing: 07/08/2024

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Galena Goins
Sonia Lopez
Terry Jones Jackson

Is this a cross-appeal?  ○ Yes  ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ● No

If Yes, what is the prior appeal case number?

Your mailing address:

City: Hayward   State: CA   Zip Code: 94541

Prisoner Inmate or A Number (if applicable):

**Signature** *[signed]*   Date 8/5/2024

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                                            Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Galena Goins |
| Sonia Lopez |
| Terry Jones Jackson |

Name(s) of counsel (if any):

| |
|---|
| Tiega-Noel Varlack |

Address: 1260 B Street, Suite 350

Telephone number(s): (510) 856-7852

Email(s): tiega@varlacklegal.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| United Parcel Service, Inc. |

Name(s) of counsel (if any):

| |
|---|
| Elizabeth "Lisa" Brown |

Address: 601 Montgomery St Ste 1150, San Francisco, CA 94111-2619

Telephone number(s): 415-603-5002

Email(s): lisabrown@gbgllp.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                            2                                 *Rev. 12/01/2018*