United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GALENA GOINS, et al.,

          Plaintiffs,

      v.

UNITED PARCEL SERVICE INC,

          Defendant.

Case No.  21-cv-08722-PJH

**ORDER LIFTING STAY**

Re: Dkt. No. 94

The mandate having been issued following the 9th Circuit's affirmance of this court's order granting summary judgment to defendants, the STAY imposed on defendant's motion for attorney's fees is LIFTED.

The court orders that the parties meet and confer about the pending motion and advise the court, no later than **March 9, 2026**, (1) whether they can settle the matter without court involvement, (2) whether they would like a referral to a magistrate judge for assistance in settling the matter, (3) whether they prefer that the court simply rule on the pending motion, or (4) whether they would like an opportunity to revise the motion and opposition.

The court also takes this opportunity to remind the parties that district courts are to consider the financial resources of the plaintiff in awarding fees to a prevailing defendant. See Miller v. Los Angeles County Bd. of Educ., 827 F.2d 617, 621 (9th Cir. 1987); accord Villanueva v. City of Colton, 160 Cal. App. 4th 1188, 1203 (2008).

A cursory review of the motion papers does not reflect any such information.

**IT IS SO ORDERED.**

Dated:  February 4, 2026

                                            /s/ *Phyllis J. Hamilton*
                                          PHYLLIS J. HAMILTON
                                          United States District Judge

United States District Court
Northern District of California